**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTONIO PAYERO and ADAM MALDONADO, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>      v.<br><br>MATTRESS FIRM, INC. and GLOBAL HOME IMPORTS, INC.,<br><br>                          Defendants. | Case No. 7:21-cv-03061-VLB<br><br>Hon. Vincent L. Briccetti |

**NOTICE OF MOTION FOR ATTORNEYS' FEES,**
**COSTS, EXPENSES, AND INCENTIVE AWARDS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on July 19, 2023 at 10:30 a.m. before the Honorable Vincent L. Briccetti, United States District Judge for the Southern District of New York, 300 Quarropas St., White Plains, NY 10601, Plaintiffs Antonio Payero and Adam Maldonado, by and through Class Counsel, will move and hereby does move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of $825,000, (2) granting Mr. Payero and Mr. Maldonado incentive awards of $5,000 each in recognition of their efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

    **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support and the Declaration of Max S. Roberts with annexed exhibits.

2

Dated: April 14, 2023                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
      Max S. Roberts

Max S. Roberts
Julian C. Diamond
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
       jdiamond@bursor.com

**BURSOR & FISHER, P.A.**
Joel D. Smith (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com

*Class Counsel*