**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTONIO PAYERO and ADAM MALDONADO, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>MATTRESS FIRM, INC. and GLOBAL HOME IMPORTS, INC.,<br><br>       Defendants. | Case No. 7:21-cv-03061-VLB<br><br>Hon. Vincent L. Briccetti |

**NOTICE OF MOTION FOR ATTORNEYS' FEES,
COSTS, EXPENSES, AND INCENTIVE AWARDS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on July 19, 2023, at 10:30 a.m. before the Honorable Vincent L. Briccetti, United States District Judge for the Southern District of New York, 300 Quarropas St., White Plains, NY 10601, Plaintiffs Antonio Payero and Adam Maldonado, by and through Class Counsel, will move and hereby does move for an order: (i) finally approving the Class Action Settlement, and (ii) certifying the Settlement Class.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (i) the accompanying memorandum of law in support; (ii) the Declaration of Max S. Roberts with annexed exhibits (including the Parties' Class Action Settlement Agreement); and (iii) the Declaration of Teresa Sutor of RG/2 Claims Administration, LLC, and the exhibits attached thereto.

  A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated: June 12, 2023                        Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *Max S. Roberts*
      Max S. Roberts

Max S. Roberts
Julian C. Diamond
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
      jdiamond@bursor.com

**BURSOR & FISHER, P.A.**
Joel D. Smith (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com

*Class Counsel*