UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTONIO PAYERO and ADAM
MALDONADO, individually and on behalf of
all others similarly situated,
                     Plaintiffs,

v.

MATTRESS FIRM, INC., and GLOBAL
HOME IMPORTS, INC.,
                     Defendants.
--------------------------------------------------------------x



**ORDER**

21 CV 3061 (VB)

      Today, the Court held an in-person, on-the-record fairness hearing to consider plaintiffs' motion for approval of the class action settlement and certification of the class for purposes of settlement (Doc. #74), and motion for payment of attorneys' fees, costs, and expenses and incentive awards to the class representatives. (Doc. #71).

      The hearing was scheduled by Court order on February 17, 2023, in the Second Amended Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan. (Doc. #70). Counsel for all parties received electronic notice of the February 17 Order through the ECF system. Moreover, the date and time of the hearing was repeated at least twice more in documents filed on the ECF docket. (See Docs. ##71, 74).

      Counsel for plaintiffs appeared, in person, for the hearing. However, counsel for defendants Mattress Firm, Inc., and Global Home Imports, Inc., failed to appear in person. The Court was able to reach counsel for defendant Mattress Firm, Inc., John Angeloni, Esq., by telephone, and Mr. Angeloni participated in the hearing telephonically. However, counsel of record for defendant Global Home Imports, Inc., Adam Anderson, Esq., has not contacted the Court with an excuse or explanation for his absence.

      Accordingly, for the reasons stated at the on-the-record hearing held today, it is HEREBY ORDERED:

      1. The Court defers ruling on the motion for approval of the class action settlement and certification of the class for purposes of settlement (Doc. #74), and the motion for payment of attorneys' fees, costs, and expenses and incentive awards to the class representatives. (Doc. #71).

      2. The fairness hearing on plaintiffs' motions will be continued on August 16, 2023, at 3:00 p.m., at the White Plains Courthouse, Room 620. Counsel for all parties must attend the August 16 hearing in person.

      3. By August 9, 2023, counsel shall jointly submit a revised proposed Final Order and Judgment approving the class action settlement, certifying the class, and approving the proposed

attorneys' fees award and class representative incentive awards in accordance with the discussion at the July 19, 2023, hearing, for the Court's consideration.

      4.  By July 21, 2023, counsel for each defendant shall show cause in writing, not to exceed one page, why the Court should not impose financial sanctions on defense counsel for defense counsel's failure to appear at the July 19, 2023, hearing in person, including an amount to cover the fees and costs incurred by plaintiffs' counsel for timely appearing.

      5.  Counsel for plaintiffs is directed to provide a copy of this Order to Nat Clarkson, Esq., of Anderson Clarkson Johnson Brown PLLC, who the Court understands is the primary attorney representing defendant Global Home Imports, Inc., in this action (but has not filed an appearance), by tomorrow, July 20, 2023.

Dated: July 19, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge